# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 16-2419 PSG (MRWx) | Date | April 23, 2019 |
|---|---|---|---|
| Title | Anaya-Arce v. United States | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica Piper | | XTR 4/23/2019 |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| Stacy Tolchin / Megan Brewer | | Chung Han / Joseph Darrow |

**Proceedings:**   ORDER RE: SETTLEMENT PROCEEDINGS

   1.   The Court held a productive telephone conference with the lawyers in this FTCA action today. The parties are directed to e-mail their informal settlement / comp submissions to MRW_Chambers@cacd.uscourts.gov by the middle of next week.

   2.   After reviewing the materials, Judge Wilner will call the parties separately or arrange a group conference to discuss the matter further. If the case remains unresolved, we'll set up a sit-down meeting with principals in mid- to late-May. Details to come.

                                                                                              : 30
                                                                              Initials of Preparer: vp